UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mitchell Maes,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Charter Communication dba Spectrum Cable; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Civil Action No.: 3:18-CV-00124-JDP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

　　/s/ Amy L. Cueller　　　　　　　　　　　　　/s/ Ryan D. Watstein

Amy L. Cueller, #15052-49　　　　　　　　Ryan D. Watstein, Esq.
LEMBERG LAW, LLC　　　　　　　　　　Jessica Gallegos, Esq.
43 Danbury Road, 3rd Floor　　　　　　　Kabat Chapman & Ozmer LLP
Wilton, CT 06897　　　　　　　　　　　　171 17th Street NW, Suite 1550
(203) 653-2250　　　　　　　　　　　　　Atlanta, Georgia 30363
*Attorney for Plaintiff*　　　　　　　　　　(404) 400-7300

　　　　　　　　　　　　　　　　　　　　　　/s/ Maria DelPizzo Sanders
　　　　　　　　　　　　　　　　　　　　　Maria DelPizzo Sanders
　　　　　　　　　　　　　　　　　　　　　Wisc. Bar No. 1031037
　　　　　　　　　　　　　　　　　　　　　Von Briesen & Roper, S.C.
　　　　　　　　　　　　　　　　　　　　　788 North Jefferson Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　Milwaukee, Wisconsin 53202
　　　　　　　　　　　　　　　　　　　　　Direct: (414) 221-6652
　　　　　　　　　　　　　　　　　　　　　Fax: (414) 249-2634

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller
Amy L. Cueller